**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-6126**

───────────

DANIEL WAYNE ORR,

        Plaintiff - Appellant,

    v.

J. HENRY BANKS, individually and in his/her official
capacity as Justice of the District Court of Vance County,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:11-cv-00536-BO)

───────────

Submitted: April 19, 2012        Decided: April 26, 2012

───────────

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Daniel Wayne Orr, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Wayne Orr seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing his complaint as frivolous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on December 5, 2011. The notice of appeal was filed on January 13, 2012. Because Orr failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2